# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOANNA LUCZAK,** | : | CIVIL ACTION NO. 1:10-CV-2617 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **JANET NAPOLITANO, ALEJANDRO MAYORKAS**, and **EVAGELIA KLAPAKIS**, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 8th day of February, 2011, upon consideration of the motion (Doc. 2) filed by plaintiff Joanna Luczak ("Luczak"), wherein Luczak moves the court to terminate the above-captioned case, and it appearing that the motion (Doc. 2) is unopposed by the defendants, and it further appearing that all parties agree that the above-captioned action should be terminated as moot, it is hereby ORDERED that the Clerk of Court is directed to CLOSE the above-captioned case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge